ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Advanced Decision Vectors LLC | ) ASBCA Nos. 64083, 64084 |
| | ) |
| Under Contract No. N00014-19-C-4001 | ) |

APPEARANCES FOR THE APPELLANT:     Devon E. Hewitt, Esq.
                                                              Matthew L. Nicholson, Esq.
                                                                Potomac Law Group, PLLC
                                                                Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Allison M. McDade, Esq.
                                                                  Navy Chief Trial Attorney
                                                                Bryan T. Bunting, Esq.
                                                                Destiny M. Johnson, Esq.
                                                                  Trial Attorneys

ORDER OF DISMISSAL

By motion dated April 7, 2025, appellant indicated it wished to withdraw these appeals without prejudice. The government does not object to appellant's request. Accordingly, these appeals have been withdrawn. It is dismissed from the Board's docket without prejudice.

Dated: April 17, 2025

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 64083, 64084, Appeals of Advanced Decision Vectors LLC, rendered in conformance with the Board's Charter.

Dated: April 17, 2025

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals